# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2026 KW 0573

IN THE INTEREST OF B.A.H.                             **APRIL 30, 2026**

---

In Re:     B.A.H., applying for supervisory writs, City Court of
           East St. Tammany, Parish of St. Tammany, No. 25-JP-5959.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**  See La. Ch. Code art. 817(A).

                              **SMM**
                              **BDE**
                              **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT